IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAN THIU LY, | CV F 04-5820 AWI WMW HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT |
| v. | |
| JOHN ASHCROFT, ATTORNEY GENERAL, et al., | [Doc. 11] |
| Respondents. | |

Petitioner was detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 2, 2005, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  No objections were filed.

1 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on May 2, 2005, are ADOPTED IN FULL;
2. This petition is DISMISSED as moot.

IT IS SO ORDERED.

**Dated:   August 12, 2005**          **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE